# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:13-CV-00172-RLV-DSC

| | |
|---|---|
| JUSTIN HALL, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| CHARTER COMMUNICATIONS, INC., | ) |
| et. al., | |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on "Application for Admission to Practice Pro Hac Vice for [George Thomas Martin, III] …" (document #10) filed July 1, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: July 1, 2014

_____

David S. Cayer
United States Magistrate Judge